**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------

United States of America                          Cr. Case No. 24-MJ-404

                  Plaintiff(s),

     v.                                  **AFFIDAVIT IN SUPPORT OF**

Long Phi Pham, et al.,                            **MOTION TO ADMIT COUNSEL**

                 Defendant(s).        *PRO HAC VICE*

--------------------------------------------------------

I, Andrew J. Levin, Esquire_____, being duly sworn, hereby depose and say as follows:

1.  I am a(n) **attorney**_____ with the law firm of  DiFiore Levin, LLC_____.
2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3.  As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Pennsylvania_____.
4.  There are no pending disciplinary proceedings against me in any state or federal court
5.  I _have not____ been convicted of a felony. If you have, please describe facts and circumstances.

6.  I have not____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7.  Attorney Registration Number(s) if applicable: __316784____
8.  Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 24-MJ-404 for  Defendant, Mahmud Mollah_____.

Date August 5, 2024_____
_____,

                        *Andrew J. Levin*_____
                        Signature of Movant
                        Firm Name DiFiore Levin, LLC_____
**NOTARIZED**            Address 200 Barr Harbor Dive, Suite 400
                        Conshohocken, PA 19428
                        Email alevin@difiorelevin.com
                        Phone (610) 601-5250